IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BUDDY RYNDERS                                                               PLAINTIFF

   v.                        Civ. No. 09-6088

LARRY WILLIAMS, in his individual
and official capacity as Judge
of Garland County, Arkansas                                                 DEFENDANT

## JUDGMENT

For reasons set forth in the Memorandum Opinion and Order, filed contemporaneously herewith, Defendant's Motion for Summary Judgment (doc. 15) is **GRANTED,** and Plaintiff's Complaint (doc. 1) is **DISMISSED.** Plaintiff's claims brought pursuant to 42 U.S.C. § 1983, the ACRA, and the FMLA are **DISMISSED WITH PREJUDICE.** Plaintiff's claims brought pursuant to the Arkansas felony-tort statute (Count III) and for retaliatory transfer under the ACRA (Count IV) are **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to file them in state court. Each party is to bear its own fees and costs. **The parties have thirty days from entry of this judgment on the docket in which to appeal.**

IT IS SO ORDERED this 21st day of September, 2010.

                                           */s/ Robert T. Dawson*
                                           Honorable Robert T. Dawson
                                           United States District Judge