UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BUDDY RYNDERS                                                        PLAINTIFF

          v.          CASE NO. 09-6088

LARRY WILLIAMS, in his individual
and official capacity as Judge of
Garland County, Arkansas                                            DEFENDANT

<u>O R D E R</u>

Now on this 9th day of September, 2011, comes on for consideration the above-styled cause. Pursuant to the opinion and judgment of the Eighth Circuit Court of Appeals filed August 18, 2011, Plaintiff's First Amendment claims and his official capacity claims under the FMLA are scheduled for a jury trial beginning **December 7, 2011, at 9:00 a.m.** in Hot Springs.

Pretrial disclosure sheets must be filed with the Clerk of the Court 30 days before trial. Proposed jury instructions shall be submitted to the court at rtdinfo@arwd.uscourts.gov, with copies to other counsel, not later than fourteen (14) days prior to the scheduled trial date.

IT IS SO ORDERED this 9th day of September 2011.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge