```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF ARKANSAS
                         HOT SPRINGS DIVISION
```

BUDDY RYNDERS                                                    PLAINTIFF

     v.      CASE NO. 09-6088

LARRY WILLIAMS, in his individual
and official capacity as Judge of
Garland County, Arkansas                                         DEFENDANT

### O R D E R

Now on this 9th day of September, 2011, comes on for consideration the above-styled cause. Pursuant to the opinion and judgment of the Eighth Circuit Court of Appeals filed August 18, 2011, Plaintiff's First Amendment claims and his official capacity claims under the FMLA are scheduled for a jury trial beginning **December 7, 2011, at 9:00 a.m.** in Hot Springs.

Pretrial disclosure sheets must be filed with the Clerk of the Court 30 days before trial. Proposed jury instructions shall be submitted to the court at rtdinfo@arwd.uscourts.gov, with copies to other counsel, not later than fourteen (14) days prior to the scheduled trial date.

IT IS SO ORDERED this 9th day of September 2011.

                                      /s/ Robert T. Dawson
                                      Honorable Robert T. Dawson
                                      United States District Judge